1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**
9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   WINSTON PRICE,                          )  Case No.: 1:11-cv-00377 OWW JLT
                                             )
12                        Plaintiff,         )  ORDER GRANTING EXTENSION OF TIME
                                             )
13          v.                               )
                                             )  (Doc. 13)
14                                           )
     MICHAEL J. ASTRUE,                      )
15   Commissioner of Social Security,        )
                                             )
16                        Defendant.         )
     _____ )
17

18          Parties have stipulated by counsel to extend the period of time for Defendant to file his

19   Answer and the Administrative Record.  (Doc. 13).  The Scheduling Order allows a single thirty-day

20   extension by the stipulation of parties.  (Doc. 7 at 4).  Here, Defendant seeks an extension of thirty

21   days "due to an unexpected delay in obtaining a transcript of Plaintiff's administrative hearing."

22   (Doc. 13 at 1).  Accordingly, Defendant shall file his answer and the administrative record by

23   **August 22, 2011**.

24

25   IT IS SO ORDERED.

26   Dated:   **June 23, 2011**                              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE
27

28

                                              1